JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUBBLEMANIA AND COMPANY LA LLC, a Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>JORDAN SAVAGE d/b/a/ BEST BUBBLE PARTIES; and DOE 1 through and including DOE 10,<br><br>Defendants. | CASE No. CV-11-03930  R  (PLAx)<br><br>[Complaint Filed on 5/6/11]<br><br>**ORDER DISMISSING COMPLAINT, CLAIMS, AND THE ENTIRE ACTION WITH PREJUDICE**<br><br>Pre-Trial Conf.: February 27, 2012<br>Trial:           March 13, 2012<br><br>Assigned for all Purposes:<br>Judge Manuel L. Real<br><br>U.S. Magistrate Judge Paul L. Abrams |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Court having read and reviewed the Parties' Joint Stipulation For Entry Of Order Dismissing Complaint, Claims, And The Entire Action With Prejudice, hereby approves the Stipulation.

IT IS HEREBY **ORDERED** as follows:

1.     The Complaint, Claims, and the Entire Action are hereby DISMISSED WITH PREJUDICE.

2. Plaintiff and Defendant shall each bear their own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED.**

DATED:  __FEB. 13, 2012_          _____
                                                      The Honorable Manuel Real
                                                      UNITED STATES DISTRICT JUDGE

**RESPECTFULLY PRESENTED JOINTLY ON FEBRUARY __, 2012 BY:**

| Defendant Jordan Savage d/b/a Best Bubble Parties | Plaintiff Bubblemania and Company LA LLC |
|---|---|

  /Marc E. Hankin/

| Marc E. Hankin<br>Kevin Shraven<br>**HANKIN PATENT LAW, APC**<br>6404 Wilshire Boulevard, Suite 1020<br>Los Angeles, CA  90048-5512<br>Tel: (323) 944-0206<br>Fax: (323) 944-0209 | Timothy Gorry<br>Matthew E. Kavanaugh<br>**EISNER, KAHAN & GORRY**<br>9601 Wilshire Boulevard, Suite 700<br>Beverly Hills, CA 90210<br>Tel:  (310) 855-3200<br>Fax: (310) 855-3201 |
|---|---|